UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
VICTORIA DICKS,                                               :
                                        Plaintiff,            :
                                                              :     22 Civ. 6638 (LGS)
                  -against-                                   :
                                                              :     ORDER
ROBOTIC HAIR RESTORATION CENTER OF                            :
NEW YORK, INC.,                                               :
                                        Defendant.            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

　　　　WHEREAS, the Order, dated August 23, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

　　　　WHEREAS, the initial pretrial conference is scheduled for October 5, 2022;

　　　　WHEREAS, Defendant was served on September 23, 2022;

　　　　WHEREAS, Defendant has not appeared in this case and has not yet responded to the Complaint;

　　　　WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

　　　　**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **October 4, 2022,** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with Defendant, no later than **October 4, 2022**, Plaintiff shall file a status letter requesting further adjournment of the initial conference for up to 30 days.  It is further

**ORDERED** that the initial pretrial conference scheduled for October 5, 2022, is adjourned to **October 12, 2022, at 4:00 P.M.**

Dated: September 29, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**