Case 1:22-cv-06638-LGS   Document 9   Filed 10/05/22   Page 1 of 1



**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

August 19, 2022

**BY ECF**
Honorable Judge Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

    Re:    Victoria Dicks v. Robotic Hair Restoration Center of New York, Inc..; Case No 1:22-cv-6638-LGS

To the Honorable Judge Schofield,

    Plaintiff submits this status letter in response to Your Honor's directives in the Order issued on September 29, 2022 (Dkt. No. 5). Plaintiff has not been in contact with the Defendant herein thus far, even though the Defendant was properly served on September 23, 2022. Defendant's time to respond expires on October 14, 2022. As such, Plaintiff respectfully requests that the initial pretrial conference currently scheduled for October 12, 2022 be adjourned to November 14, 2022, or a date more convenient to the Court. If Defendant does not appear in the action leading up to the new conference date, Plaintiff asks that it be granted leave to file an order to show cause for a default judgment by November 11, 2022.

    Plaintiff thanks the Court for its attention in this matter.

    Respectfully submitted,

    /s/ Mars Khaimov, Esq.

Application **GRANTED** in part. The initial pretrial conference scheduled for October 12, 2022, is adjourned to **November 16, 2022, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **November 9, 2022, at 12:00 P.M.** If Defendant does not appear in the action leading up to the new conference date, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers required by the Court's Individual Rules by **November 11, 2022.**

Dated: October 5, 2022
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE