UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
VICTORIA DICKS,                                               :
                              Plaintiff,   :
:  22 Civ. 6638 (LGS)
          -against-                                         :
:  ORDER
ROBOTIC HAIR RESTORATION CENTER OF :
NEW YORK, INC.,                                               :
                             Defendant.   :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 5, 2022, required the parties to file a proposed case management plan and joint letter by November 9, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for November 16, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **November 14, 2022, at 12:00 P.M.**

Dated: November 10, 2022
       New York, New York

                                          LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**