UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                              :

VICTORIA DICKS,

                                 Plaintiff,

                          -against-

ROBOTIC HAIR RESTORATION CENTER OF
NEW YORK, INC.,

                                Defendant.
------------------------------------------------------------X

22 Civ. 6638 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated November 14, 2022, required the parties to file a status letter on January 16, 2023, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter. It is hereby

    **ORDERED** that, by **January 24, 2023**, the parties shall file the status letter.

Dated: January 18, 2023
          New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE