UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
VICTORIA DICKS,                                      :
                                     Plaintiff,   :
                                                       :    22 Civ. 6638 (LGS)
               -against-                         :
                                                        :           <u>ORDER</u>
ROBOTIC HAIR RESTORATION CENTER OF  :
NEW YORK, INC.,
                                     Defendant.   :
                                                        :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated November 14, 2022, required the parties to file a status letter on January 16, 2023, as outlined in Individual Rule IV.A.2;

       WHEREAS, the parties failed to submit the letter;

       WHEREAS, the Order dated January 18, 2023, directed the parties to file the late status letter by January 24, 2023;

       WHEREAS, no status letter has been filed.  It is hereby

       **ORDERED** that, by **February 1, 2023**, the parties shall file the status letter with an explanation for why the parties have not complied with the Court's deadlines.  If either party refuses to cooperate in the preparation of the joint letter, the letter may be filed unilaterally.  Failure to comply with this Order may result in sanctions.

Dated: January 30, 2023
       New York, New York

                                                                                                 LORNA G. SCHOFIELD
                                                                             UNITED STATES DISTRICT JUDGE