UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTORIA DICKS,

                        Plaintiff,

        -against-

ROBOTIC HAIR RESTORATION CENTER OF
NEW YORK, INC.,

                      Defendant.
------------------------------------------------------------X

22 Civ. 6638 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 14, 2022, required the parties to file a status letter on March 29, 2023, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **April 6, 2023**, the parties shall file the status letter.

Dated: April 3, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE