UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VICTORIA DICKS,

                           Plaintiff,

       -against-

ROBOTIC HAIR RESTORATION CENTER OF
NEW YORK, INC.,

                           Defendant,

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

22-CV-06638 (LGS)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Friday, May 12, 2023, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, May 5, 2023 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

Dated:    April 6, 2023
            New York, New York

                                           SARAH NETBURN
                                           United States Magistrate Judge