```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
VICTORIA DICKS,                                               :
                                    Plaintiff,                :
                                                              :       22 Civ. 6638 (LGS)
              -against-                                       :
                                                              :              ORDER
ROBOTIC HAIR RESTORATION CENTER OF                            :
NEW YORK, INC.,                                               :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 14, 2022, required the parties to file a status letter on March 29, 2023, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter;

WHEREAS, the Order dated April 3, 2023, directed the parties to file the late status letter by April 6, 2023;

WHEREAS, no status letter has been filed.  It is hereby

**ORDERED** that, by **April 14, 2023**, the parties shall file the status letter with an explanation for why the parties have not complied with the Court's deadlines.  If either party refuses to cooperate in the preparation of the joint letter, the letter may be filed unilaterally.  Failure to comply with this Order may result in sanctions.

Dated: April 12, 2023
       New York, New York

_____
            LORNA G. SCHOFIELD
         UNITED STATES DISTRICT JUDGE